FILED by _____ JA _____ D.C.

**Jan 28, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# 21-60037-CR-CANNON/HUNT

CASE NO. _____

18 U.S.C. § 111(a)(1)
18 U.S.C. § 111(b)
18 U.S.C. § 115(a)(1)(B)

UNITED STATES OF AMERICA

vs.

**CHRISTOPHER TAVORRIS WILKINS,**

**Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Assault of an Assistant United States Attorney
### (18 U.S.C. § 111(a)(1))

On or about November 7, 2019, at the U.S. Federal Building and Courthouse, in Broward

County, in the Southern District of Florida, the defendant,

**CHRISTOPHER TAVORRIS WILKINS,**

did forcibly assault "J.M.," an officer and employee of the United States and of an agency of the

United States Government designated in Title 18, United States Code, Section 1114, that is, an

Assistant United States Attorney, while "J.M." was engaged in, and on account of the performance

of his official duties, and in the commission of the offense, did use a deadly and dangerous weapon,

in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT 2
### Threat to Assault and Murder an Assistant United States Attorney
### (18 U.S.C. § 115(a)(1)(B))

On or about November 7, 2019, in Broward County, in the Southern District of Florida,

the defendant,

Tavorris

**CHRISTOPHER** ~~TOVARRIS~~ **WILKINS,**

did knowingly threaten to assault and murder a Federal law enforcement officer and an official

whose killing would be a crime under Title 18, United States Code, Section 1114, that is, Assistant

United States Attorney J.M., with intent to retaliate on account of the performance of official

duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
AJAY J. ALEXANDER
ASSISTANT UNITED STATES ATTORNEY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

## CERTIFICATE OF TRIAL ATTORNEY

CHRISTOPHER TOVARRIS WILKINS,

_____  **Defendant.**
_____ /  **Superseding Case Information:**

**Court Division**: (Select One)

| | |
|---|---|
| ___ Miami | ___ Key West |
| _X_ FTL | ___ WPB | ___ FTP |

New Defendant(s)          YES ____  NO ___
Number of New Defendants      _____
Total number of counts       _____

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:      (Yes or No)      NO
      List language and/or dialect      _____

4.    This case will take      2-3      days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | X |
| V | 61 days and over | _____ | | |

6.    Has this case been previously filed in this District Court?   (Yes or No)      No
If yes:
Judge:                               Case No.      _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?      (Yes or No)      NO
If yes:
Magistrate Case No.                  _____
Related Miscellaneous numbers:       _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of  _____
Rule 20 from the District of
Is this a potential death penalty case? (Yes or No)      NO

7.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013? (Mag. Judge Alicia O. Valle)?    Yes _____    No _X_

8.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014? (Mag. Judge Shaniek Maynard)?    Yes _____    No _X_

_____
AJAY J. ALEXANDER
ASSISTANT UNITED STATES ATTORNEY
COURT ID NO. A5502506

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   **CHRISTOPHER TAVARRIS WILKINS**

**Case No:**

Count 1:

Assault of an Assistant United States Attorney

Title 18, United States Code, Section 111(a)(1) and (b)

**\*Max. Penalty:**   20 Years' Imprisonment; $250,000 Fine; 3 Years' Supervised Release

Count 2:

Threaten to Assault and Murder an Assistant United States Attorney

Title 18, United States Code, Section 115(a)(1)(B)

**\*Max. Penalty:**   10 Years' Imprisonment; $250,000 Fine; 3 Years' Supervised Release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**