UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CR-60037-CANNON

USA
        Plaintiff,

vs.

CHRISTOPHER TAVORRIS WILKINS

        Defendant.
_____/

### JURY NOTE

The jury has arrived at a decision.

DATE: 1/20/2022                        FOREPERSON