UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60037-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER TAVORRIS WILKINS,

    Defendant.

_____/

## VERDICT FORM

WE, THE JURY, unanimously return the following verdict:

### Count 1

1(a). Did the Government prove beyond a reasonable doubt that Defendant Christopher Tavorris Wilkins committed forcible assault against a federal officer with a deadly or dangerous weapon?

        YES __✓__         NO _____

*[If your answer to Question 1(a) is "Yes," move to Question 2(a). If your answer to Question 1(a) is "No," move to Question 1(b).]*

1(b). Did the Government prove beyond a reasonable doubt that Defendant Christopher Tavorris Wilkins committed forcible assault against a federal officer without a deadly or dangerous weapon?

        YES _____         NO _____

*[If your answer to Question 1(b) is "Yes," move to Question 2(a). If your answer to Question 1(b) is "No," move to Question 1(c).]*

[CONTINUED ON NEXT PAGE]

1(c).  Did the Government prove beyond a reasonable doubt that Defendant Christopher Tavorris Wilkins committed simple assault against the relevant individual?

        YES_____        NO_____

*[Proceed to Question 2(a).]*

## Count 2

2(a).  Did the Government prove beyond a reasonable doubt that Defendant Christopher Tavorris Wilkins threatened a federal law enforcement officer?

        YES __✓__        NO_____

*[If your answer to Question 2(a) is "Yes," move to Question 2(b). If your answer to Question 2(a) is "No," this ends your deliberations; your foreperson should skip the remaining questions and sign and date the last page of this verdict form.]*

2(b).  We, the Jury, having found Defendant guilty of threatening a federal law enforcement officer, further find that Defendant:

*[You may select none, one, or both of the categories below; in selecting each category, if any, you must all agree that the evidence supports the elements of that specific category beyond a reasonable doubt]*

__✓__ Knowingly threatened to murder the individual described in the indictment.

__✓__ Knowingly threatened to assault the individual described in the indictment.

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse,

Fort Pierce, Florida, this 20th day of January, 2022.

_____        _____
Foreperson's signature        Foreperson's printed name