```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                     CASE NO. 21-60037-CR-CANNON

 3
     UNITED STATES OF AMERICA,
 4
                     Plaintiff,                  DECEMBER 28, 2021
 5
             vs.
 6                                              FORT PIERCE, FLORIDA
     CHRISTOPHER TAVORRIS WILKINS,
 7
                     Defendant.                  PAGES 1 - 28
 8   _____/

 9

10                  TRANSCRIPT OF CALENDAR CALL
                 BEFORE THE HONORABLE AILEEN CANNON
11                    UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14   FOR THE pLAINTIFF:      JAY ALEXANDER, AUSA
                             Office of U.S. Attorney
15                           101 South US Highway One
                             Suite 3100
16                           Fort Pierce, Florida  34950

17

18   FOR THE DEFENDANT:      JEFFREY HUNTLEY GARLAND, ESQ.
                             Jeffrey H. Garland, P.A.
19                           2500 Rhode Island Avenue
                             Suite B
20                           Fort Pierce, Florida  34947

21

22

23
     REPORTED BY:            DIANE MILLER, RMR, CRR
24                           Official Court Reporter
                             (772)467-2337
25                           diane_miller@flsd.uscourts.gov
```

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2          THE COURT:  Thank you.  You may be seated.
 3          All right.  Good afternoon.
 4          Let's have appearances from Counsel starting with the
 5  Government.
 6          MR. ALEXANDER:  Assistant U.S. Attorney Ajay
 7  Alexander on behalf of United States; with the United States is
 8  Deputy Kevin Scott of the United States Marshal Service.
 9          THE COURT:  Good afternoon, Mr. Ajay.  Did I
10  pronounce your last name correctly?
11          MR. ALEXANDER:  Last name is Alexander, "Ajay" is my
12  first name.
13          THE COURT:  Mr. Alexander, okay; my apologies.
14          Good afternoon, sir; please state your appearance for
15  the record.
16          MR. GARLAND:  My name is Jeffrey Garland, and I
17  represent Christopher Wilkins, the defendant in this case.
18          THE COURT:  Good afternoon, Mr. Garland.
19          Well, as you know, we are here for a calendar call.
20  This case is set for trial to commence soon, and so I want to
21  first inquire as to the parties' readiness for trial.
22          Mr. Alexander, is the Government prepared to proceed?
23          MR. ALEXANDER:  The Government is prepared to
24  proceed, but I did want to advise the Court of a relatively
25  unique schedule situation.  So yesterday, I had a calendar call
```

Tuesday, December 28, 2021.

1  before Judge Dimitrouleas in United States of America versus
2  Jeremy Lakeem Gassett, case number 21-60127 *[sic]*.  This was a
3  case involving a carjacking with a rape and murder so, as you
4  can imagine, a very serious case.  In that case, as I advised
5  Judge Dimitrouleas yesterday, my crime scene technician and
6  fingerprint examiner both tested positive for COVID.  I asked
7  the judge for a continuance just so we can assure they have
8  negative tests; the judge denied the request.  He advised that
9  "you're going to be starting trial."  I'm going to be starting
10 trial on Monday, but until the crime scene technician tests
11 negative, they are going to essentially delay the closing of
12 the evidence.
13      So effectively what happens is, based on Judge
14 Dimitrouleas' order that we would be appearing for trial, but
15 if the crime scene technician, who is irreplaceable, is unable
16 to testify because she is not negative yet, we have to come
17 back every single day until that happens.  I then raised the
18 concern with Judge Dimitrouleas that I had a calendar with you
19 on this day; that in this case, in my last conversation with
20 Mr. Garland, I don't know if he is going to proceed with this,
21 but he had advised me his client wants to subpoena Judge
22 Dimitrouleas as a witness because Judge Dimitrouleas had
23 actually observed the incident in question.  I brought this to
24 his attention just in case that was actually going to happen;
25 but Judge Dimitrouleas advised that, listen, if there is a

1  scheduling issue between that case and Judge Cannon's case,

2  that he is -- he would ask that you reach out to him just so

3  that he can figure out if this trial will take precedent over

4  that one, and that one will then get rescheduled for the second

5  week.  But I defer to the Court as to how to appropriately

6  handle that because, at least in this case, I don't have any

7  witnesses that have any COVID issues; but obviously, in the

8  other one, I do.  I don't know if the Defense is going to

9  proceed with the subpoenaing of Judge Dimitrouleas because

10  that is what the defendant wants, even though I'm not sure if

11  Mr. Garland would be in agreement with that.

12           THE COURT:  All right.  Let me ask you a question,

13  Mr. Alexander.  Is this case, in your view, still a two-day

14  trial case?

15           MR. ALEXANDER:  The Government believes it can

16  complete its case in chief within a day, but I do believe the

17  Defense intends to call witnesses; and if that's the case, I

18  believe it is be approximately a two-day trial, Judge.

19           THE COURT:  And then your trial in Judge

20  Dimitrouleas' case, what is the approximate length, assuming

21  you had all of your witnesses available?

22           MR. ALEXANDER:  Four to five days.

23           THE COURT:  Okay.  All right.

24           Mr. Garland, do you have anything to offer with

25  respect to the potential witnesses in your case?  I noted no

1   filing of any defense witness or exhibit list to date.

2            MR. GARLAND:  Judge, there is what I think, and there

3   is what my client thinks; and I think the Court might wish to

4   speak to Mr. Wilkins directly about this.  He is a rather

5   verbose and very motivated individual who has very definite

6   ideas on how to proceed.  Those ideas are not my ideas.

7            He has shared with me that he would want to the call

8   the eyewitnesses which would include everyone on the jury that

9   was in the courtroom, judge, court personnel and security

10  personnel and anyone in the audience.  I do not personally see

11  the purpose of this.  It's got little to do with his

12  constitutional right.  It has got to do, with my experience,

13  with dealing with evidence.  And I have a video recording and I

14  have a sound recording, I have a transcript, and I am content

15  that those represent a very valid basis to proceed with his

16  defense, should he wish to go to trial.

17           I have read the interviews from several of the people

18  who were there, and their recollections are vague and, to some

19  extent, conflicting on the essential issues in the case.  I am

20  perfectly happy to go with the recordings which speak for

21  themselves, but this is something where I am not in agreement

22  with the client.

23           He has stated very clearly that he wants everyone

24  subpoenaed, and I do not know for sure what the Sixth Amendment

25  says; but they are present in the courtroom, he probably has

 1  that right.  But with all rights come responsibilities and the

 2  duty to use judgment, and my judgment is that it's not

 3  necessary and it's not helpful.  But that's perhaps not my

 4  call, so I wish to alert the Court on this.  It's something I

 5  think that perhaps Mr. Wilkins would see it a different way, if

 6  the Court were to address him on this issue.  It may well be

 7  that Mr. Wilkins doesn't want me as his attorney.  I'm not

 8  certain on that either.

 9        I have tried to focus my efforts on the actual facts

10  of this case and every time I'm drawn down memory lane that

11  seems to walk back at least ten years in terms of federal

12  prosecutions, appeals, post convictions.  And in my estimation,

13  it's interesting and it is certainly on my client's mind, and I

14  respect that he should want to express these ideas; but when it

15  comes to the elements the offense and what might be admissible

16  as well as the Court's ruling that's already been entered in

17  this case, before I became an attorney in this case, I don't --

18  I don't really see how it would promote his interest to open

19  the door to a whole bunch of other stuff.  And I'm just going

20  to leave it at that, a whole bunch of other stuff which could

21  make this trial instead of a two-day trial to a five- or

22  six-day trial and ultimately not to his advantage.

23        But again, these are issues that I'm not comfortable

24  actually deciding exclusively on my part.  Some of them I am,

25  and some of them I'm not.  In my opinion, witnesses should be

Tuesday, December 28, 2021.

1 cross-examined on issues that directly relate to their

2 courtroom testimony, not to some indirect relationship

3 especially when the Court has already ruled in a -- I

4 understand it is a preliminary ruling because it is an in

5 limine motion, but, nonetheless, I can't just come out and

6 start cross-examining witnesses on issues that, to my

7 estimation, bear nothing to do with this case.  And, you know,

8 the relationship, to the extent it exists, is tangential and

9 probably can't meet a balancing test even for cross-examination

10 purposes under *Davis v. Alaska*.

11          You know, the focus of this case is what happened in

12 the courtroom.  It is not why it happened in the courtroom.  It

13 is what happened in the courtroom and what was the intent that

14 goes with it, not what happened two years, three years, four

15 years, five years before.

16          And the Court has already ruled on something to do

17 with systemic racism and to -- you know, that's very important

18 to my client.  It is not an issue that I see is worth pursuing

19 in this case.  It is perhaps an issue that I have some degree

20 of conflict with my client on, but I don't see it as a major

21 conflict from my perspective because I don't see it as being a

22 valuable issue to pursue, but my client does see this

23 differently.

24          I can ask his questions, the Court will not allow me

25 to ask those questions.  If I do that in front of the jury, the

1  Court is going to censure me, so I can't do it.  And I don't

2  think doing it in front of the jury in violation of a court

3  order is very wise for me or my client.  And I'm not sure that

4  the constitutional right extends to cross-examination on issues

5  that do not have some relevance to the case so -- and the Court

6  has already ruled on that, but nonetheless, I have to bring

7  this to the Court's attention because that's where I am.

8            As far as jury selection issues, the client wants to

9  question on issues that are close to his heart, but the Court

10  has already ruled are not relevant in this case.  And again, to

11  me, this is a rather simple issue.  It's videotaped, I can

12  defend the case based on the videotape.  It doesn't mean we are

13  going to win.  It doesn't mean we are going to lose, but that's

14  what I have got going on.

15           As far as jury issues, if we are going to get into

16  instructions, I could address that.

17           THE COURT:  Let's hold off for a moment.

18           I'll just note for the record there is no current

19  pending motions to withdraw or any motion filed by Mr. Wilkins

20  himself with respect to an irreconcilable conflict.  So we will

21  leave that at that, and I will certainly remind Mr. Wilkins of

22  the Court's prior orders.

23           On voir dire, there will be no attorney conducted

24  voir dire on this case.  The Court will be handling the

25  questions taking into consideration the questions supplied by I

Tuesday, December 28, 2021.

1  believe the Government only, but I just wanted to advise the

2  parties of that.

3         I was going to specially set this trial to begin on

4  Tuesday, January 4th, to begin at 8:30; but in light of the

5  potential conflict with Judge Dimitrouleas' case, I'm going to

6  reserve ruling on the particular start time pending conferral

7  with Judge Dimitrouleas.

8         Let's see.  Mr. Garland, aside from your client's

9  potential desire to subpoena, from what I understand, everybody

10  in the courtroom on that particular day, are you prepared to

11  proceed based on the evidence you have been provided?

12         MR. GARLAND:  Judge, I am.  And I would note that

13  there are two telephone calls that Mr. Wilkins made -- at least

14  the phone calls have been attributed to him, and one of them

15  identifies a specific person, and so I need to confer with that

16  person more about the actual contents of that phone call to

17  make sure that she should not be called as a witness.  I think

18  her name is Peterton [phonetic].

19         And there is another one who is identified as an

20  unknown male or "UM" on the transcript, and I'm trying to

21  identify if that person can be determined or if he should be

22  called as a witness only to explain -- there is a lot of jargon

23  used in these recordings, and exactly what that jargon might

24  mean is between the speaker and the listener.  I'm trying to

25  determine that.  These are people that have already been

1   identified in the recordings and in the discovery.

2           THE COURT:  But to answer my specific question:  Are

3   you prepared to proceed on January 4th, if we were to go on

4   that date, would you have sufficient time between now and then

5   to follow-up with these two particular individuals or do

6   whatever additional investigation you feel is warranted?

7           MR. GARLAND:  I have spoken with Ms. Peterton today,

8   and I need to play her the recording so that I can go over it

9   with her.  I have her phone number.  I have made arrangements

10  for clothing.  I do not have any problem with going forward

11  because I think the evidence is focused on the recordings.  But

12  to the extent my client wishes to subpoena witnesses who I do

13  not concur with, I'm -- I would have to say I'm not ready to go

14  forward until the Court determines that calling those witnesses

15  is either not going to happen for whatever reason the Court

16  rules, or that they are going to be called, but I would not

17  call them as witnesses.

18          THE COURT:  So just so I understand the universe of

19  these individuals, can you elaborate more precisely who you are

20  referring to?

21          MR. GARLAND:  On the video -- this is a security

22  video, so it is not completely clear, but it shows seven or

23  eight jurors still in the jury box.  Others had already filed

24  out of the courtroom at the time of the given incident; and

25  then courtroom personnel and security personnel were also in

1  the courtroom at the time.

2          THE COURT:  And then the judge.

3          MR. GARLAND:  And, of course, the judge as well.

4          And in considering who to call and what to call, if

5  my client's goal is to minimize focus on his prior criminal

6  record or the special circumstances of his trial, probably the

7  less said about it the better, kind of like an old chief type

8  of waiver.  But as I have tried to explain, in for a penny, in

9  for a pound, if you are going to call these witnesses, they are

10  subject to cross-examination, there is no telling what you are

11  going to get.  Plus, I don't know how feasible it is to

12  interview jurors about these events in advance, and we are

13  going to be left with a great deal of uncertainty.  But again,

14  this is something that I think the Court might need to address

15  directly with the client.

16          THE COURT:  All right.

17          All right.  There may be a need for another hearing

18  in advance of trial given the potential fluctuation in dates.

19  I don't know exactly when or if that would take place.  I would

20  have hoped to have more clarity on the schedule for this case,

21  but it appears there are some unique circumstances that are

22  going to require some more thinking on that.  Let me see what

23  else I can at least try to address today.

24          Mr. Garland, do you have any evidentiary objections

25  to the exhibits listed by the Government on their exhibit list

1  at docket entry 48?

2          MR. GARLAND:  Judge, as far as myself, the answer is

3  no.

4          THE COURT:  All right.

5          MR. GARLAND:  My client is of the opinion that

6  documents should not come in via an affidavit from a custodian

7  of records, and it is simply a matter of law that they do,

8  unless I can establish some particular grounds which I don't

9  see in this case.  It is another issue that he raises that I do

10 not concur with, so I have no objection to those documents.

11         THE COURT:  Okay.

12         MR. GARLAND:  They are, after all, a transcript

13 that's used in the appeal and a recording that was just part, I

14 assume, to assist the court reporter and a security video, all

15 of which were made by people who have no interest in the case.

16         THE COURT:  But in your estimation, there are no

17 valid reasons to object to any of the seven exhibits listed on

18 the Government's exhibit list at docket entry 48 -- I should

19 say there are a total of 1, 2, 3, 4 -- 10, is that correct?

20         MR. GARLAND:  Right.  There is no foundational

21 problems.

22         THE COURT:  Okay.

23         All right.  Any other legal or factual reasons, in

24 your view, that would serve to challenge any of the exhibits on

25 the Government's exhibit list?

Tuesday, December 28, 2021.

```
 1              MR. GARLAND:  No; no, ma'am.
 2              THE COURT:  Okay.  All right.
 3              Now, as far as the jury instructions, the Court does
 4  require those to be jointly filed.  I noted they were
 5  individually filed in contravention to the Court's order
 6  setting trial at docket entry 12, along with its subsequent
 7  reminder.
 8              So Mr. Alexander, can you address the separate filing
 9  of the jury instructions?
10              MR. ALEXANDER:  Yes, Your Honor.
11              I think Mr. Garland and I were going back and forth
12  as to how to get a proper instruction for the substance counts
13  in this case.  There was disagreement as to what is the
14  appropriate way to do it.  Mr. Garland then -- and once we got
15  the reminder from the Court, Mr. Garland filed his
16  instructions; Government filed its -- the entire instructions;
17  and that's kind of where we are right now.  If the Court
18  prefers, I can always refile it and just combine the two
19  instructions, at least the two filings just so there is one
20  document, one document that has all of the instructions and
21  then identify where the disagreements lie in terms of what the
22  instructions can and cannot be.
23              THE COURT:  Well, I do think the parties need to
24  comply with the Court's order which means one combined filing,
25  in accordance with the instructions at docket entry 12 which
```

1    specified what to do in the invent of a disagreement.

2         So, for example, on some of the more basic

3    preliminary instructions, I did not take Mr. Garland to be

4    objecting to any of those, but that needs to be made clear in a

5    joint submission.  And then where there is disagreement, for

6    example, on the conjunctive issue laid out in the Government's

7    memorandum, that can be accomplished through the use of the

8    underlying/italics.

9         So I'm going to strike both of the parties' jury

10   instructions and require the filing of joint jury instructions

11   in compliance with the Court's order.  I am aware of the issue

12   and the disagreement that you all have laid out -- or at least

13   the Government has in its filing, and we will address that at

14   the charge conference when that arises.  But I would ask the

15   parties to work together, if they can, on a lesser included

16   instruction that incorporates both the 111(a) charge, and the

17   simple assault possibility in compliance with Eleventh Circuit

18   law.

19        Is there anything else you would like to add,

20   Mr. Garland, to the question of jury instructions?

21        MR. GARLAND:  Judge, the preliminaries were -- I

22   don't have any problem with those.  It's the -- I see under

23   Eleventh Circuit law that there are three separate crimes that

24   are alleged.  Now, we were conferring before court, and

25   obviously, the Court needs to consider the evidence that's

```
 1  presented at trial to determine which of these three should be
 2  submitted to the jury.  There is the "and/or" issue, the
 3  conjunction/disjunction.
 4           THE COURT:  I think that's pretty clear that the
 5  Government is correct, at least based on my review of the law,
 6  that it can be instructed in the "or" format.  What is your
 7  authority to the contrary?
 8           MR. GARLAND:  Judge, I haven't completed my research
 9  on that --
10           THE COURT:  Okay.
11           MR. GARLAND:  -- issue.
12           THE COURT:  All right.  I took the Government not to
13  oppose the issuance of a lesser included.  Am I wrong about
14  that, Mr. Alexander?
15           MR. ALEXANDER:  No, you are not, Your Honor.
16           THE COURT:  So is the Government satisfied with
17  submitting to the jury, if the evidence warrants it, lesser
18  includeds on two crimes, in other words the 111(a) without the
19  use of a deadly weapon and then the simple assault; is that
20  correct?
21           MR. ALEXANDER:  That's correct, Your Honor.  Based on
22  my review of the case law, I believe because physical contact
23  was not made, the simple assault should be an option presented
24  to the jury, since a determination has to be made, is it
25  serious bodily harm not just bodily harm.
```

Tuesday, December 28, 2021.

1        THE COURT:  Because in the lesser included that you

2   submitted, I didn't really see a reference to the simple

3   assault option.  In any event, I think more work and more

4   conferral needs to happen between the parties on a joint

5   submission that accurately reflects the nature of the 111

6   offense in its three forms, and so I'm going to, like I said,

7   strike those filings so they can be refiled in a joint format.

8        And, Mr. Garland, if you don't object to the standard

9   instructions, then that will be simple enough to convey.

10        MR. ALEXANDER:  Yes, Your Honor.

11        THE COURT:  All right.

12        Anything further on the jury instructions,

13   Mr. Garland?

14        MR. GARLAND:  Judge, on the count two, I think that

15   the main issue on count two -- I mean, again, there is going to

16   be a simple assault lesser included we contend but --

17        THE COURT:  But even on count two, I didn't read the

18   statutory language to allow that.

19        MR. GARLAND:  Well, it is an issue we can deal with;

20   but, on the main charge of assault with intent to murder, I

21   will be contending that it can't be a general intent.  It has

22   to be a specific intent because it's murder.  Now, I would

23   concede that it doesn't say what kind of murder, but generally,

24   when there are ambiguities in a criminal statute, we have to

25   assume the worse kind of murder which is usually such as a

1   premeditated murder.  So if we are going to have somebody

2   charged with assault with intend to commit murder, it has to be

3   a specific intent, and I think as the -- the Eleventh Circuit

4   instructions go, it is a general intent and I think that's an

5   issue that's -- that the Defense would be raising on that

6   particular situation.

7          THE COURT:  All right.  Well, we can take up these

8   legal issues at the charge conference and be prepared to argue

9   them.

10          All right.  I don't think there is anything more to

11  discuss on the jury instructions.  The deadline to submit the

12  joint submission, as you have just instructed, will be this

13  Friday -- actually, yes, this Friday, December 30th, by close

14  of business.

15          How much time, Mr. Garland, do you wish to request

16  for opening statements?

17          MR. ALEXANDER:  Your Honor, just confirming, is it

18  the 30th, which I think is a Thursday; or, is it 31st, which is

19  Friday?

20          THE COURT:  I'm sorry, I'm looking at next year's

21  calendar already.  What is this Friday?

22          MR. ALEXANDER:  I think that's the 31st, Your Honor.

23          THE COURT:  Okay.  Well, then, let's just go with

24  January 3rd.  That will give you guys enough time I believe.

25  January 3rd, 2022 will be the deadline for the joint jury

1   instructions.

2          Okay.  Opening statements, Mr. Garland, how long?

3          MR. GARLAND:  I think 15 minutes would be more than

4   sufficient on this case.

5          THE COURT:  All right.

6          Mr. Alexander, what is your request?

7          MR. ALEXANDER:  I would ask for 20, so I ask both

8   parties receive 20 minutes.

9          THE COURT:  All right, we will go with 20 minutes per

10  side.

11         Mr. Alexander, have you supplied Mr. Garland with all

12  of the transcripts of the recordings that you wish to

13  introduce?

14         MR. ALEXANDER:  Yes, Your Honor, I have.

15         THE COURT:  Okay.  Now, are there any anticipated

16  issues with the presentation of the videos?  I just want to

17  make sure we are prepared from a technology standpoint to

18  proceed seamlessly.

19         Mr. Alexander, can you just advise the Court what

20  format are your exhibits in and how do you intend to present

21  them?

22         MR. ALEXANDER:  Your Honor, I'm going to have each of

23  the recordings, the audio and the video, on flash drives.  I

24  will also have a copy of it on my laptop, as a fallback to

25  insure it runs seamlessly.  It is the same file I provided to

Tuesday, December 28, 2021.

```
 1   Defense in discovery, both Mr. Lopez and Mr. Garland, when Mr.

 2   Garland came on this case.  So those are the recordings and we

 3   will proceed from there.  I will work with Mr. Garland to

 4   determine if there are excerpts of the videos that should be

 5   played and just not other portions; but as of now, it is these

 6   entire files.

 7              THE COURT:  All right.  All right.  So flash drives,

 8   got it.

 9              I don't see any other pending motions other than

10   those legal disagreements on the jury instructions, is that

11   correct, Mr. Garland?  There are no current pending motions on

12   the docket to resolve, is that correct?

13              MR. GARLAND:  Judge, I have no pending motions in my

14   mind.  This is a rather direct case.  My client's perspective

15   on this is somewhat different.

16              THE COURT:  Okay.

17              All right.  Anything further we should discuss before

18   we recess?

19              Mr. Alexander?

20              MR. ALEXANDER:  Just briefly, Your Honor.  Once we

21   are in the process of selecting jurors, does the Court have

22   certain procedure how we select jurors?  It is one by one,

23   blocks of them, and are there back strikes?

24              THE COURT:  All right.  So no back strikes.  I

25   alternate in pretty standard fashion inquiring first of the
```

```
 1  Government, then to Defense, and alternating back and forth.
 2  We have, in the past, conducted voir dire of the entire panel
 3  at once and that has worked, so that is my intent.  We are
 4  going to call approximately 40 or 45 jurors which I think is
 5  sufficient.  Does that answer your question, Mr. Alexander?
 6          MR. ALEXANDER:  It does, Your Honor, and I appreciate
 7  that.
 8          I did have one follow-up question.  I know some of
 9  the judges in the district have been inquiring whether or not
10  the parties prefer a solely vaccinated, or unvaccinated and
11  vaccinated panel.  I don't have a preference.  My preference is
12  essentially a larger selection of the panel just that's
13  vaccinated or unvaccinated, but I just wanted to bring it to
14  your attention.
15          THE COURT:  The Court does not require the panel
16  members, and so we won't be bifurcating in that fashion.
17          Let's see.  Anything else, Mr. Garland, before we
18  recess?
19          MR. GARLAND:  Judge, will there be an opportunity for
20  Mr. Wilkins to address any special concerns that he has to the
21  Court, you know, outside of jury selection?
22          THE COURT:  Yes.  I think maybe what is most
23  advisable is to convene a pretrial hearing on the morning of,
24  maybe at 8:00 or 8:30, iron out any issues we can with
25  Mr. Wilkins prior to starting with the jurors around --
```

1   hopefully around 9:30.  That's my tentative plan; but again, I

2   have to double-check with Judge Dimitrouleas about his case.

3         So, Mr. Alexander, as far as your -- this four- to

4   five-day trial that's scheduled to begin the 3rd, is that

5   right?

6         MR. ALEXANDER:  As of right now, Your Honor, yes.

7         THE COURT:  And that's for sure going, based on your

8   view at this point?

9         MR. ALEXANDER:  Based on Judge Dimitrouleas' ruling

10  yesterday, yes.

11        THE COURT:  Okay.  So that would consume the entirety

12  of the week of the 3rd essentially.

13        MR. ALEXANDER:  That's correct, Your Honor, with the

14  caveat that the trial could bleed into the second week because

15  we are waiting for the one witness.  And that's the reason I

16  brought it to Judge Dimitrouleas' attention about this trial.

17        THE COURT:  And that's one witness that is in limbo

18  at the moment?

19        MR. ALEXANDER:  That's correct, Judge.

20        Technically, there are two witnesses COVID positive,

21  but we can always find another latent examiner to testify what

22  she did.  We just can't do that with the crime scene tech.

23        MR. GARLAND:  Judge, I do think it is important to

24  confer with Mr. Wilkins about whether he has an earnest and

25  well-informed desire to call all of these people in a trial,

1   when his lawyer is recommending not.  And normally, these sort
2   of, you know, strategy decisions are something that I would
3   probably make, but this is of such an importance to his
4   constitutional right that I think he needs to address this
5   issue.
6           I'm concerned, as is the Court, about calling people
7   who are simply serving as jurors witnesses in a case.  A
8   sitting federal judge has other things to do.  In a given case,
9   that can be very important.  I don't see this one as that
10  important to the defense of the case, that's why I am willing
11  not to do that, but I'm not sure about my client.
12          THE COURT:  I understand, and I will have an
13  opportunity to discuss these matters with Mr. Wilkins prior to
14  starting trial.  So I thank you all for your appearance today.
15          Before we close, I just wanted to make sure there is
16  nothing more to discuss, Mr. Garland, one final opportunity if
17  anything occurs to you?
18          MR. GARLAND:  Judge, I just think that if we wait
19  until the day we are going to pick a jury, then we can't
20  possibly have the witnesses there.
21          THE COURT:  But the witnesses, as you refer to,
22  according to your client's potential interest, are the
23  individual courtroom personnel, security personnel, the sitting
24  judge, and seven to eight possible jurors that remained in the
25  courtroom.  Those are -- that's the universe of individuals we

```
 1  are discussing, correct?
 2           MR. GARLAND:  That is because those are the witnesses
 3  who were present.  As far as witnesses that deal with the
 4  Court's pretrial ruling, the Court has already ruled on that,
 5  so I'm less concerned about that.
 6           THE COURT:  Okay.  All right.
 7           Well, thank you, all.
 8           Mr. Alexander, anything further?
 9           MR. ALEXANDER:  Not from the United States, Your
10  Honor.  Once the Court has -- I apologize, I contradicted
11  myself.  Once the Court has conferred with Judge Dimitrouleas,
12  how do you intend to advise the parties when this case --
13           THE COURT:  We will enter an order, so you all will
14  be informed.
15           Thank you very much, the Court is in recess.
16      (PROCEEDINGS ADJOURNED AT 2:21 p.m.)
17                   C-E-R-T-I-F-I-C-A-T-E
18           I hereby certify that the foregoing is
19        an accurate transcription and proceedings in the
20        above-entitled matter.
21
22  7/13/2022                 /s/DIANE MILLER
    DATE                      DIANE MILLER, RMR, CRR, CRC
                              Official Court Reporter
23                            United States District Court
                              101 South U.S. Highway 1
24                            Fort Pierce, FL  34950
                              772-467-2337
25
```

Tuesday, December 28, 2021.

**MR. ALEXANDER:**
**[21]** 2/6 2/11 2/23 4/15
4/22 13/10 15/15 15/21
16/10 17/17 17/22 18/7
18/14 18/22 19/20 20/6
21/6 21/9 21/13 21/19
23/9
**MR. GARLAND: [22]**
2/16 5/2 9/12 10/7 10/21
11/3 12/2 12/5 12/12
12/20 13/1 14/21 15/8
15/11 16/14 16/19 18/3
19/13 20/19 21/23 22/18
23/2
**THE COURT: [43]**

**/**

**/s/DIANE [1]** 23/21

**1**
**10 [1]** 12/19
**101 [2]** 1/15 23/23
**111 [3]** 14/16 15/18
16/5
**12 [2]** 13/6 13/25
**15 [1]** 18/3

**2**
**20 [3]** 18/7 18/8 18/9
**2021 [1]** 1/4
**2022 [2]** 17/25 23/21
**21-60037-CR-CANNO
N [1]** 1/2
**21-60127 [1]** 3/2
**2337 [2]** 1/24 23/24
**2500 [1]** 1/19
**28 [2]** 1/4 1/7
**2:21 [1]** 23/16

**3**
**30th [2]** 17/13 17/18
**3100 [1]** 1/15
**31st [2]** 17/18 17/22
**34947 [1]** 1/20
**34950 [2]** 1/16 23/24
**3rd [4]** 17/24 17/25
21/4 21/12

**4**
**40 [1]** 20/4
**45 [1]** 20/4
**467-2337 [1]** 1/24
**48 [2]** 12/1 12/18
**4th [2]** 9/4 10/3

**6**
**60127 [1]** 3/2

**7**
**7/13/2022 [1]** 23/21
**772 [1]** 1/24
**772-467-2337 [1]** 23/24

**8**
**8:00 [1]** 20/24

**8:30 [2]** 9/4 20/24

**9**
**9:30 [1]** 21/1

**A**
**about [11]** 5/4 9/16
11/7 11/12 15/13 21/2
21/16 21/24 22/6 22/11
23/5
**above [1]** 23/20
**above-entitled [1]**
23/20
**accomplished [1]** 14/7
**accordance [1]** 13/25
**according [1]** 22/22
**accurate [1]** 23/19
**accurately [1]** 16/5
**actual [2]** 6/9 9/16
**actually [4]** 3/23 3/24
6/24 17/13
**add [1]** 14/19
**additional [1]** 10/6
**address [8]** 6/6 8/16
11/14 11/23 13/8 14/13
20/20 22/4
**ADJOURNED [1]**
23/16
**admissible [1]** 6/15
**advance [2]** 11/12
11/18
**advantage [1]** 6/22
**advisable [1]** 20/23
**advise [4]** 2/24 9/1
18/19 23/12
**advised [4]** 3/4 3/8 3/21
3/25
**affidavit [1]** 12/6
**after [1]** 12/12
**afternoon [4]** 2/3 2/9
2/14 2/18
**again [5]** 6/23 8/10
11/13 16/15 21/1
**agreement [2]** 4/11
5/21
**AILEEN [1]** 1/10
**Ajay [3]** 2/6 2/9 2/11
**Alaska [1]** 7/10
**alert [1]** 6/4
**ALEXANDER [15]**
1/14 2/7 2/11 2/13 2/22
4/13 13/8 15/14 18/6
18/11 18/19 19/19 20/5
21/3 23/8
**all [30]**
**alleged [1]** 14/24
**allow [2]** 7/24 16/18
**along [1]** 13/6
**already [9]** 6/16 7/3
7/16 8/6 8/10 9/25 10/23
17/21 23/4
**also [2]** 10/25 18/24
**alternate [1]** 19/25
**alternating [1]** 20/1
**always [2]** 13/18 21/21
**am [9]** 5/14 5/19 5/21

**6/24 8/7 9/12 14/11
15/13 22/10**
**ambiguities [1]** 16/24
**Amendment [1]** 5/24
**AMERICA [2]** 1/3 3/1
**another [4]** 9/19 11/17
12/9 21/21
**answer [3]** 10/2 12/2
20/5
**anticipated [1]** 18/15
**any [16]** 4/6 4/7 5/1
8/19 10/10 11/24 12/17
12/23 12/24 14/4 14/22
16/3 18/15 19/9 20/20
20/24
**anyone [1]** 5/10
**anything [8]** 4/24 14/19
16/12 17/10 19/17 20/17
22/17 23/8
**apologies [1]** 2/13
**apologize [1]** 23/10
**appeal [1]** 12/13
**appeals [1]** 6/12
**appearance [2]** 2/14
22/14
**appearances [2]** 1/13
2/4
**appearing [1]** 3/14
**appears [1]** 11/21
**appreciate [1]** 20/6
**appropriate [1]** 13/14
**appropriately [1]** 4/5
**approximate [1]** 4/20
**approximately [2]** 4/18
20/4
**are [50]**
**argue [1]** 17/8
**arises [1]** 14/14
**around [2]** 20/25 21/1
**arrangements [1]** 10/9
**as [41]**
**aside [1]** 9/8
**ask [7]** 4/2 4/12 7/24
7/25 14/14 18/7 18/7
**asked [1]** 3/6
**assault [7]** 14/17 15/19
15/23 16/3 16/16 16/20
17/2
**assist [1]** 12/14
**Assistant [1]** 2/6
**assume [2]** 12/14 16/25
**assuming [1]** 4/20
**assure [1]** 3/7
**attention [1]** 3/24 8/7
20/14 21/16
**attorney [5]** 1/14 2/6
6/7 6/17 8/23
**attributed [1]** 9/14
**audience [1]** 5/10
**audio [1]** 18/23
**AUSA [1]** 1/14
**authority [1]** 15/7
**available [1]** 4/21
**Avenue [1]** 1/19
**aware [1]** 14/11

**B**
**back [6]** 3/17 6/11
13/11 19/23 19/24 20/1
**balancing [1]** 7/9
**based [7]** 3/13 8/12
9/11 15/5 15/21 21/7
21/9
**basic [1]** 14/2
**basis [1]** 5/15
**be [43]**
**bear [1]** 7/7
**became [1]** 6/17
**because [13]** 3/16 3/22
4/6 4/9 7/4 7/21 8/7
10/11 15/22 16/1 16/22
21/14 23/2
**been [5]** 6/16 9/11 9/14
9/25 20/9
**before [8]** 1/10 3/1 6/17
7/15 14/24 19/17 20/17
22/15
**begin [3]** 9/3 9/4 21/4
**behalf [1]** 2/7
**being [1]** 7/21
**believe [5]** 4/16 4/18
9/1 15/22 17/24
**believes [1]** 4/15
**better [1]** 11/7
**between [4]** 4/1 9/24
10/4 16/4
**bifurcating [1]** 20/16
**bleed [1]** 21/14
**blocks [1]** 19/23
**bodily [2]** 15/25 15/25
**both [5]** 3/6 14/9 14/16
18/7 19/1
**box [1]** 10/23
**briefly [1]** 19/20
**bring [2]** 8/6 20/13
**brought [2]** 3/23 21/16
**bunch [2]** 6/19 6/20
**business [1]** 17/14

**C**
**C-E-R-T-I-F-I-C-A-T-
E [1]** 23/17
**calendar [5]** 1/10 2/19
2/25 3/18 17/21
**call [13]** 1/10 2/19 2/25
4/17 5/7 6/4 9/16 10/17
11/4 11/4 11/9 20/4
21/25
**called [3]** 9/17 9/22
10/16
**calling [2]** 10/14 22/6
**calls [2]** 9/13 9/14
**came [1]** 19/2
**can [24]**
**can't [6]** 7/5 7/9 8/1
16/21 21/22 22/19
**CANNON [2]** 1/2 1/10
**Cannon's [1]** 4/1
**cannot [1]** 13/22
**carjacking [1]** 3/3
**case [43]**

**caveat [1]** 21/14
**censure [1]** 8/1
**certain [2]** 6/8 19/22
**certainly [2]** 6/13 8/21
**certify [1]** 23/18
**challenge [1]** 12/24
**charge [4]** 14/14 14/16
16/20 17/8
**charged [1]** 17/2
**check [1]** 21/2
**chief [2]** 4/16 11/7
**CHRISTOPHER [2]**
1/6 2/17
**Circuit [3]** 14/17 14/23
17/3
**circumstances [2]** 11/6
11/21
**clarity [1]** 11/20
**clear [3]** 10/22 14/4
15/4
**clearly [1]** 5/23
**client [12]** 3/21 5/3 5/22
7/18 7/20 7/22 8/3 8/8
10/12 11/15 12/5 22/11
**client's [5]** 6/13 9/8
11/5 19/14 22/22
**close [3]** 8/9 17/13
22/15
**closing [1]** 3/11
**clothing [1]** 10/10
**combine [1]** 13/18
**combined [1]** 13/24
**come [4]** 3/16 6/1 7/5
12/6
**comes [1]** 6/15
**comfortable [1]** 6/23
**commence [1]** 2/20
**commit [1]** 17/2
**complete [1]** 4/16
**completed [1]** 15/8
**completely [1]** 10/22
**compliance [2]** 14/11
14/17
**comply [1]** 13/24
**concede [1]** 16/23
**concern [1]** 3/18
**concerned [2]** 22/6 23/5
**concerns [1]** 20/20
**concur [2]** 10/13 12/10
**conducted [2]** 8/23 20/2
**confer [2]** 9/15 21/24
**conference [2]** 14/14
17/8
**conferral [2]** 9/6 16/4
**conferred [1]** 23/11
**conferring [1]** 14/24
**confirming [1]** 17/17
**conflict [4]** 7/20 7/21
8/20 9/5
**conflicting [1]** 5/19
**conjunction [1]** 15/3
**conjunction/disjunction
[1]** 15/13
**conjunctive [1]** 14/6
**consider [1]** 14/25
**consideration [1]** 8/25

**C**

considering [1]  11/4
constitutional [3]  5/12
8/4 22/4
consume [1]  21/11
contact [1]  15/22
contend [1]  16/16
contending [1]  16/21
content [1]  5/14
contents [1]  9/16
continuance [1]  3/7
contradicted [1]  23/10
contrary [1]  15/7
contravention [1]  13/5
convene [1]  20/23
conversation [1]  3/19
convey [1]  16/9
convictions [1]  6/12
copy [1]  18/24
correct [9]  12/19 15/5
15/20 15/21 19/11 19/12
21/13 21/19 23/1
correctly [1]  2/10
could [3]  6/20 8/16
21/14
Counsel [1]  2/4
count [3]  16/14 16/15
16/17
counts [1]  13/12
course [1]  11/3
court [36]
Court's [7]  6/16 8/7
8/22 13/5 13/24 14/11
23/4
courtroom [12]  5/9
5/25 7/2 7/12 7/12 7/13
9/10 10/24 10/25 11/1
22/23 22/25
COVID [3]  3/6 4/7
21/20
CR [1]  1/2
CRC [1]  23/22
crime [4]  3/5 3/10 3/15
21/22
crimes [2]  14/23 15/18
criminal [2]  11/5 16/24
cross [5]  7/1 7/6 7/9 8/4
11/10
cross-examination [3]
7/9 8/4 11/10
cross-examined [1]  7/1
cross-examining [1]  7/6
CRR [2]  1/23 23/22
current [2]  8/18 19/11
custodian [1]  12/6

**D**

date [3]  5/1 10/4 23/22
dates [1]  11/18
Davis [1]  7/10
day [10]  3/17 3/19 4/13
4/16 4/18 6/21 6/22 9/10
21/4 22/19
days [1]  4/22
deadline [1]  17/11

17/25
deadly [1]  15/19
deal [3]  11/13 16/19
23/3
dealing [1]  5/13
DECEMBER [2]  1/4
17/13
December 30th [1]
17/13
deciding [1]  6/24
decisions [1]  22/2
defend [1]  8/12
defendant [4]  1/7 1/18
2/17 4/10
defense [8]  4/8 4/17 5/1
5/16 17/5 19/1 20/1
22/10
defer [1]  4/5
definite [1]  5/5
degree [1]  7/19
delay [1]  3/11
denied [1]  3/8
Deputy [1]  2/8
desire [2]  9/9 21/25
determination [1]
15/24
determine [3]  9/25 15/1
19/4
determined [1]  9/21
determines [1]  10/14
diane [4]  1/23 1/25
23/21 23/22
did [5]  2/9 2/24 14/3
20/8 21/22
didn't [2]  16/2 16/17
different [2]  6/5 19/15
differently [1]  7/23
Dimitrouleas [10]  3/1
3/5 3/18 3/22 3/22 3/25
4/9 9/7 21/2 23/11
Dimitrouleas' [5]  3/14
4/20 9/5 21/9 21/16
dire [3]  8/23 8/24 20/2
direct [1]  19/14
directly [5]  5/4 7/1
11/15
disagreement [4]  13/13
14/1 14/5 14/12
disagreements [2]
13/21 19/10
discovery [2]  10/1 19/15
discuss [4]  17/11 19/17
22/13 22/16
discussing [1]  23/1
disjunction [1]  15/3
district [5]  1/1 1/1 1/11
20/9 23/23
do [28]
docket [5]  12/1 12/18
13/6 13/25 19/12
document [2]  13/20
13/20
documents [2]  12/6
12/10
does [6]  7/22 13/3 19/21
20/5 20/6 20/15

doesn't [4]  6/7 8/12
8/13 16/23
doing [1]  8/2
don't [17]  3/20 4/6 4/8
6/17 6/18 7/20 7/21 8/1
11/11 11/19 12/8 14/22
16/8 17/10 19/9 20/11
22/9
door [1]  6/19
double [1]  21/2
double-check [1]  21/2
down [1]  6/10
drawn [1]  6/10
drives [2]  18/23 19/7
duty [1]  6/2

**E**

each [1]  18/22
earnest [1]  21/24
effectively [1]  3/13
efforts [1]  6/9
eight [2]  10/23 22/24
either [2]  6/8 10/15
elaborate [1]  10/19
elements [1]  6/15
Eleventh [3]  14/17
14/23 17/3
else [3]  11/23 14/19
20/17
enough [2]  16/9 17/24
enter [1]  23/13
entered [1]  6/16
entire [3]  13/16 19/6
20/2
entirety [1]  21/11
entitled [1]  23/20
entry [4]  12/1 12/18
13/6 13/25
especially [1]  7/3
ESQ [1]  1/18
essential [1]  5/19
essentially [3]  3/11
20/12 21/12
establish [1]  12/8
estimation [3]  6/12 7/7
11/15
even [3]  4/10 7/9 16/17
event [1]  16/3
events [1]  11/12
every [2]  3/17 6/10
everybody [1]  9/9
everyone [2]  5/8 5/23
evidence [6]  3/12 5/13
9/11 10/11 14/25 15/17
evidentiary [1]  11/24
exactly [2]  9/23 11/19
examination [3]  7/9 8/4
11/10
examined [1]  7/1
examiner [2]  3/6 21/21
examining [1]  7/6
example [2]  14/2 14/6
excerpts [1]  19/4
exclusively [1]  6/24
exhibit [4]  5/1 11/25
12/18 12/25

exhibits [4]  11/25 12/17
12/24 18/20
exists [1]  7/8
experience [1]  5/12
explain [2]  9/22 11/8
express [1]  6/14
extends [1]  8/4
extent [3]  5/19 7/8
10/12
eyewitnesses [1]  5/8

**F**

facts [1]  6/9
factual [1]  12/23
fallback [1]  18/24
far [6]  8/8 8/15 12/2
13/3 21/3 23/3
fashion [2]  19/25 20/16
feasible [1]  11/11
federal [2]  6/11 22/8
feel [1]  10/6
figure [1]  4/3
file [1]  18/25
filed [6]  8/19 10/23
13/4 13/5 13/15 13/16
files [1]  19/6
filing [5]  5/1 13/8 13/24
14/10 14/13
filings [2]  13/19 16/7
final [1]  22/16
find [1]  21/21
fingerprint [1]  3/6
first [3]  2/12 2/21 19/25
five [4]  4/22 6/21 7/15
21/4
five-day [1]  21/4
FL [1]  23/24
flash [2]  18/23 19/7
FLORIDA [4]  1/1 1/6
1/16 1/20
flsd.uscourts.gov [1]
1/25
fluctuation [1]  11/18
focus [3]  6/9 7/11 11/5
focused [1]  10/11
follow [2]  10/5 20/8
follow-up [1]  10/5 20/8
foregoing [1]  23/18
format [3]  15/6 16/7
18/20
forms [1]  16/6
FORT [4]  1/6 1/16 1/20
23/24
forth [2]  13/11 20/1
forward [2]  10/10
10/14
foundational [1]  12/20
four [3]  4/22 7/14 21/3
Friday [4]  4/22 7/14 21/3
17/19 17/21
front [2]  7/25 8/2
further [3]  16/12 19/17
23/8

**G**

GARLAND [25]

Gassett [1]  3/2
general [2]  16/21 17/4
generally [1]  16/23
get [4]  4/4 8/15 11/11
13/12
give [1]  17/24
given [3]  10/24 11/18
22/8
go [8]  5/16 5/20 10/3
10/8 10/13 17/4 17/23
18/9
goal [1]  11/5
goes [1]  7/14
going [30]
Good [4]  2/3 2/9 2/14
2/18
got [5]  5/11 5/12 8/14
13/14 19/8
Government [12]  2/5
2/22 2/23 4/15 9/1 11/25
13/16 14/13 15/5 15/12
15/16 20/1
Government's [3]
12/18 12/25 14/6
great [1]  11/13
grounds [1]  12/8
guys [1]  17/24

**H**

had [6]  2/25 3/18 3/21
3/22 4/21 10/23
handle [1]  4/6
handling [1]  8/24
happen [3]  3/24 10/15
16/4
happened [4]  7/11 7/12
7/13 7/14
happens [3]  3/13 3/17
happy [1]  5/20
harm [2]  15/25 15/25
has [21]  5/5 5/7 5/12
5/23 5/25 7/3 7/16 8/6
8/10 13/20 14/13 15/24
16/21 17/2 20/3 20/20
21/24 22/8 23/4 23/10
23/11
have [48]
haven't [1]  15/8
he [19]  3/8 3/20 3/21
4/2 4/2 4/3 5/4 5/7 5/7
5/16 5/23 5/23 5/25 6/14
9/21 12/9 20/20 21/24
22/4
hearing [2]  11/17 20/23
heart [1]  8/9
helpful [1]  6/3
her [4]  9/18 10/8 10/9
10/9
here [1]  2/19
hereby [1]  23/18
Highway [1]  1/15 23/23
him [3]  4/2 6/6 9/14
himself [1]  8/20
his [15]  3/21 3/24 5/11
5/15 6/7 6/18 6/22 7/24
8/9 11/5 11/6 13/15 21/2

**H**

his... [2] 22/1 22/3
hold [1] 8/17
Honor [13] 13/10 15/15
15/21 16/10 17/17 17/22
18/14 18/22 19/20 20/6
21/6 21/13 23/10
HONORABLE [1]
1/10
hoped [1] 11/20
hopefully [1] 21/1
how [10] 4/5 5/6 6/18
11/11 13/12 17/15 18/2
18/20 19/22 23/12
HUNTLEY [1] 1/18

**I**

I'll [1] 8/18
I'm [21] 3/9 4/10 6/7
6/10 6/19 6/23 6/25 8/3
9/5 9/20 9/24 10/13
10/13 14/9 16/6 17/20
17/20 18/22 22/6 22/11
23/5
ideas [4] 5/6 5/6 5/6
6/14
identified [2] 9/19 10/1
identifies [1] 9/15
identify [2] 9/21 13/21
imagine [1] 3/4
importance [1] 22/3
important [4] 7/17
21/23 22/9 22/10
incident [2] 3/23 10/24
include [1] 5/8
included [4] 14/15
15/13 16/1 16/16
includeds [1] 15/18
incorporates [1] 14/16
indirect [1] 7/2
individual [2] 5/5 22/23
individually [1] 13/5
individuals [3] 10/5
10/19 22/25
informed [2] 21/25
23/14
inquire [1] 2/21
inquiring [2] 19/25
20/9
instead [1] 6/21
instructed [2] 15/6
17/12
instruction [2] 13/12
14/16
instructions [19] 8/16
13/3 13/9 13/16 13/16
13/19 13/20 13/22 13/25
14/3 14/10 14/10 14/20
16/9 16/12 17/4 17/11
18/1 19/10
insure [1] 18/25
intend [3] 17/2 18/20
23/12
intends [1] 4/17
intent [7] 7/13 16/20

**J**

January [4] 9/4 10/3
17/24 17/25
January 3rd [2] 17/24
17/25
January 4th [2] 9/4
10/3
jargon [2] 9/22 9/23
JAY [1] 1/14
JEFFREY [3] 1/18
1/18 2/16
Jeremy [1] 3/2
joint [6] 14/5 14/10
16/4 16/7 17/12 17/25
jointly [1] 13/4
judge [36]
judges [1] 20/9
judgment [2] 6/2 6/2
jurors [8] 10/23 11/12
19/21 19/22 20/4 20/25
22/7 22/24
jury [20] 5/8 7/25 8/2
8/8 8/15 10/23 13/3 13/9
14/9 14/10 14/20 15/2
15/17 15/24 16/12 17/11
17/25 19/10 20/21 22/19
just [24]

**K**

Kevin [1] 2/8
kind [4] 11/7 13/17
16/23 16/25
know [12] 2/19 3/20 4/8
5/24 7/7 7/11 7/17 11/11
11/19 20/8 20/21 22/2

**L**

laid [2] 14/6 14/12
Lakeem [1] 3/2
lane [1] 6/10
language [1] 16/18
laptop [1] 18/24
larger [1] 20/12
last [3] 2/10 2/11 3/19
latent [1] 21/21
law [5] 12/7 14/18
14/23 15/5 15/22
lawyer [1] 22/1
least [7] 4/6 6/11 9/13
11/23 13/19 14/12 15/5
leave [2] 6/20 8/21
left [1] 11/13
legal [3] 12/23 17/8
19/10
length [1] 4/20
less [2] 11/7 23/5
lesser [5] 14/15 15/13
15/17 16/1 16/16
Let [2] 4/12 11/22
let's [5] 2/4 8/17 9/8
17/23 20/17
lie [1] 13/21
light [1] 9/4
like [3] 11/7 14/19 16/6
limbo [1] 21/17
limine [1] 7/5
list [4] 5/1 11/25 12/18
12/25
listed [2] 11/25 12/17
listen [1] 3/25
listener [1] 9/24
little [1] 5/11
long [1] 18/2
looking [1] 17/20
Lopez [1] 19/1
lose [1] 8/13
lot [1] 9/22

**M**

ma'am [1] 13/1
made [6] 9/13 10/9
12/15 14/4 15/23 15/24
main [2] 16/15 16/20
major [1] 7/20
make [5] 6/21 9/17
18/17 22/3 22/15
male [1] 9/20
Marshal [1] 2/8
matter [2] 12/7 23/20
matters [1] 22/13
may [3] 2/2 6/6 11/17
maybe [2] 20/22 20/24
me [9] 3/21 4/12 5/7 6/7
7/24 8/1 8/3 8/11 11/22
mean [4] 8/12 8/13 9/24
16/15
means [1] 13/24
meet [1] 7/9
members [1] 20/16
memorandum [1] 14/7
memory [1] 6/10

**might** [4] 5/3 6/15 9/23
11/14
miller [4] 1/23 1/25
23/21 23/22
mind [2] 6/13 19/14
minimize [1] 11/5
minutes [3] 18/3 18/8
18/9
moment [2] 8/17 21/18
Monday [1] 3/10
more [10] 9/16 10/19
11/20 11/22 14/2 16/3
16/3 17/10 18/3 22/16
morning [1] 20/23
most [1] 20/22
motion [2] 7/5 8/19
motions [4] 8/19 19/9
19/11 19/13
motivated [1] 5/5
Mr [23] 2/18 3/20 4/11
4/24 8/21 9/8 11/24
13/11 13/14 13/15 14/3
14/20 16/8 16/13 17/15
18/2 18/11 19/1 19/1
19/3 19/11 20/17 22/16
Mr. [23] 2/9 2/13 2/22
4/13 5/4 6/5 6/7 8/19
9/13 13/8 15/14 18/6
18/11 18/19 19/1 19/19
20/5 20/20 20/25 21/3
21/24 22/13 23/8
Mr. Ajay [1] 2/9
Mr. Alexander [12]
2/13 2/22 4/13 13/8
15/14 18/6 18/11 18/19
19/19 20/5 21/3 23/8
Mr. Lopez [1] 19/1
Mr. Wilkins [9] 5/4 6/5
6/7 8/19 9/13 20/20
20/25 21/24 22/13
Ms. [1] 10/7
Ms. Peterton [1] 10/7
much [2] 17/15 23/15
murder [7] 3/3 16/20
16/22 16/23 16/25 17/1
17/2
my [35]
myself [2] 12/2 23/11

**N**

name [5] 2/10 2/11 2/12
2/16 9/18
nature [1] 16/5
necessary [1] 6/3
need [5] 9/15 10/8
11/14 11/17 13/23
needs [4] 14/4 14/25
16/4 22/4
negative [3] 3/8 3/11
3/16
next [1] 17/20
no [16] 1/2 4/25 8/18
8/23 11/10 12/3 12/10
12/15 12/16 12/20 13/1
13/1 15/15 19/11 19/13
19/24

**nonetheless** [2] 7/5 8/6
normally [1] 22/1
not [42]
note [2] 8/18 9/12
noted [2] 4/25 13/4
nothing [2] 7/7 22/16
now [8] 10/4 13/3 13/17
14/24 16/22 18/15 19/5
21/6
number [2] 3/2 10/9

**O**

object [2] 12/17 16/8
objecting [1] 14/4
objection [1] 12/10
objections [1] 11/24
observed [1] 3/23
obviously [2] 4/7 14/25
occurs [1] 22/17
off [1] 8/17
offense [2] 6/15 16/6
offer [1] 4/24
Office [1] 1/14
Official [2] 1/24 23/22
okay [12] 2/13 4/23
12/11 12/22 13/2 15/10
17/23 18/2 18/15 19/16
21/11 23/6
old [1] 11/7
once [5] 13/14 19/20
20/3 23/10 23/11
one [16] 1/15 4/4 4/4
4/8 9/14 9/19 13/19
13/20 13/24 19/22 19/22
20/8 21/15 21/17 22/9
22/16
only [2] 9/1 9/22
open [1] 6/18
opening [2] 17/16 18/2
opinion [2] 6/25 12/5
opportunity [3] 20/19
22/13 22/16
oppose [1] 15/13
option [2] 15/23 16/3
order [6] 3/14 8/3 13/5
13/24 14/11 23/13
orders [1] 8/22
other [9] 4/8 6/19 6/20
12/23 15/18 19/5 19/9
19/9 22/8
Others [1] 10/23
out [7] 4/2 4/3 7/5
10/24 14/6 14/12 20/24
outside [1] 20/21
over [2] 4/3 10/8

**P**

P-R-O-C-E-E-D-I-N-G-
S [1] 2/1
P.A [1] 1/18
p.m [1] 23/16
PAGES [1] 1/7
panel [4] 20/2 20/11
20/12 20/15
part [2] 6/24 12/13
particular [5] 9/6 9/10

**P**

particular... **[3]** 10/5 12/8 17/6

parties **[7]** 9/2 13/23 14/15 16/4 18/8 20/10 23/12

parties' **[2]** 2/21 14/9

past **[1]** 20/2

pending **[5]** 8/19 9/6 19/9 19/11 19/13

penny **[1]** 11/8

people **[5]** 5/17 9/25 12/15 21/25 22/6

per **[1]** 18/9

perfectly **[1]** 5/20

perhaps **[3]** 6/3 6/5 7/19

person **[3]** 9/15 9/16 9/21

personally **[1]** 5/10

personnel **[6]** 5/9 5/10 10/25 10/25 22/23 22/23

perspective **[2]** 7/21 19/14

Peterton **[2]** 18/8 10/7

phone **[3]** 9/14 9/16 10/9

phonetic **[1]** 9/18

physical **[1]** 15/22

pick **[1]** 22/19

PIERCE **[4]** 1/6 1/16 1/20 23/24

place **[1]** 11/19

pLAINTIFF **[2]** 1/4 1/14

plan **[1]** 21/1

play **[1]** 10/8

played **[1]** 19/5

please **[1]** 2/14

Plus **[1]** 11/11

point **[1]** 21/8

portions **[1]** 19/5

positive **[2]** 3/6 21/20

possibility **[1]** 14/17

possible **[1]** 22/24

possibly **[1]** 22/20

post **[1]** 6/12

potential **[5]** 4/25 9/5 9/9 11/18 22/22

pound **[1]** 11/9

precedent **[1]** 4/3

precisely **[1]** 10/19

prefer **[1]** 20/10

preference **[2]** 20/11 20/11

prefers **[1]** 13/18

preliminaries **[1]** 14/21

preliminary **[2]** 7/4 14/3

premeditated **[1]** 17/1

prepared **[6]** 2/22 2/23 9/10 10/3 17/8 18/17

present **[3]** 5/25 18/20 23/3

presentation **[1]** 18/16

presented **[2]** 15/1 15/23

pretrial **[2]** 20/23 23/4

pretty **[2]** 15/4 19/25

prior **[4]** 8/22 11/5 20/25 22/13

probably **[4]** 5/25 7/9 11/6 22/3

problem **[2]** 10/10 14/22

problems **[1]** 12/21

procedure **[1]** 19/22

proceed **[10]** 2/22 2/24 3/20 4/9 5/6 5/15 9/11 10/3 18/18 19/3

proceedings **[2]** 23/16 23/19

process **[1]** 19/21

promote **[1]** 6/18

pronounce **[1]** 2/10

proper **[1]** 13/12

prosecutions **[1]** 6/12

provided **[2]** 9/11 18/25

purpose **[1]** 5/11

purposes **[1]** 7/10

pursue **[1]** 7/22

pursuing **[1]** 7/18

**Q**

question **[7]** 3/23 4/12 8/9 10/2 14/20 20/5 20/8

questions **[4]** 7/24 7/25 8/25 8/25

**R**

racism **[1]** 7/17

raised **[1]** 3/17

raises **[1]** 12/9

raising **[1]** 17/5

rape **[1]** 3/3

rather **[3]** 5/4 8/11 19/14

reach **[1]** 4/2

read **[2]** 5/17 16/17

readiness **[1]** 2/21

ready **[1]** 10/13

really **[2]** 6/18 16/2

reason **[2]** 10/15 21/15

reasons **[2]** 12/17 12/23

receive **[1]** 18/8

recess **[3]** 19/18 20/18 23/15

recollections **[1]** 5/18

recommending **[1]** 22/1

record **[3]** 2/15 8/18 11/6

recording **[4]** 5/13 5/14 10/8 12/13

recordings **[7]** 5/20 9/23 10/1 10/11 18/12 18/23 19/2

records **[1]** 12/7

refer **[1]** 22/21

reference **[1]** 16/2

referring **[1]** 10/20

refile **[1]** 13/18

refiled **[1]** 16/7

reflects **[1]** 16/5

relate **[1]** 7/1

relationship **[2]** 7/2 7/8

relatively **[1]** 2/24

relevance **[1]** 8/5

relevant **[1]** 8/10

remained **[1]** 22/24

remind **[1]** 8/21

reminder **[2]** 13/7 13/15

REPORTED **[1]** 1/23

reporter **[3]** 1/24 12/14 23/22

represent **[2]** 2/17 5/15

request **[3]** 3/8 17/15 18/6

require **[4]** 11/22 13/4 14/10 20/15

rescheduled **[1]** 4/4

research **[1]** 15/8

reserve **[1]** 9/6

resolve **[1]** 19/12

respect **[2]** 4/25 6/14 8/20

responsibilities **[1]** 6/1

review **[2]** 15/5 15/22

Rhode **[1]** 1/19

right **[27]**

rights **[1]** 6/1

RMR **[2]** 1/23 23/22

ruled **[5]** 7/3 7/16 8/6 8/10 23/4

rules **[1]** 10/18

ruling **[5]** 6/16 7/4 9/6 21/9 23/4

runs **[1]** 18/25

**S**

said **[2]** 11/7 16/6

same **[1]** 18/25

satisfied **[1]** 15/16

say **[3]** 10/13 12/19 16/23

says **[1]** 5/25

scene **[4]** 3/5 3/10 3/15 21/22

schedule **[2]** 2/25 11/20

scheduled **[1]** 21/4

scheduling **[1]** 4/1

Scott **[1]** 2/8

seamlessly **[2]** 18/18 18/25

seated **[1]** 2/2

second **[2]** 4/4 21/14

security **[5]** 5/9 10/21 10/25 12/14 22/23

see **[15]** 5/10 6/5 6/18 7/18 7/20 7/21 7/22 9/8 11/22 12/9 14/22 16/2 19/9 20/17 22/9

seems **[1]** 6/11

select **[1]** 19/22

selecting **[1]** 19/21

selection **[3]** 8/8 20/12 20/21

separate **[2]** 13/8 14/23

serious **[2]** 3/4 15/25

serve **[1]** 12/24

Service **[1]** 2/8

serving **[1]** 2/7

set **[2]** 2/20 9/3

setting **[1]** 13/6

seven **[3]** 10/22 12/17 22/24

several **[1]** 5/17

shared **[1]** 5/7

she **[3]** 3/16 9/17 21/22

should **[11]** 5/16 6/14 6/25 9/17 9/21 12/6 12/18 15/1 15/23 19/4 19/17

shows **[1]** 10/22

sic **[1]** 3/2

side **[1]** 18/10

simple **[7]** 8/11 14/17 15/19 15/23 16/2 16/9 16/16

simply **[2]** 12/7 22/7

since **[1]** 15/24

single **[1]** 3/17

sir **[1]** 2/14

sitting **[2]** 22/8 22/23

situation **[2]** 2/25 17/6

six **[1]** 6/22

six-day **[1]** 6/22

Sixth **[1]** 5/24

so **[35]**

solely **[1]** 20/10

some **[11]** 5/18 6/24 6/25 7/2 7/19 8/5 11/21 11/22 12/8 14/2 20/8

somebody **[1]** 17/1

something **[5]** 5/21 6/4 7/16 11/14 22/7

somewhat **[1]** 19/15

soon **[1]** 2/20

sorry **[1]** 17/20

sort **[1]** 22/1

sound **[1]** 5/14

South **[2]** 1/15 23/23

SOUTHERN **[1]** 1/1

speak **[2]** 5/4 5/20

speaker **[1]** 9/24

special **[2]** 11/6 20/20

specially **[1]** 9/3

specific **[4]** 9/15 10/2 16/22 17/3

specified **[1]** 14/1

spoken **[1]** 10/7

standard **[2]** 16/8 19/25

standpoint **[1]** 18/17

start **[2]** 7/6 9/6

starting **[5]** 2/4 3/9 3/9 20/25 22/14

state **[1]** 2/14

stated **[1]** 5/23

statements **[2]** 17/16 18/2

STATES **[9]** 1/1 1/3 1/11 2/7 2/7 2/8 3/1 23/9 23/23

statute **[1]** 16/24

statutory **[1]** 16/18

still **[2]** 4/13 10/23

strategy **[1]** 22/2

strike **[2]** 14/9 16/7

strikes **[2]** 19/23 19/24

stuff **[2]** 6/19 6/20

subject **[1]** 11/10

submission **[3]** 14/5 16/5 17/12

submit **[1]** 17/11

submitted **[2]** 15/2 16/2

submitting **[1]** 15/17

subpoena **[3]** 3/21 9/9 10/12

subpoenaed **[1]** 5/24

subpoenaing **[1]** 4/9

subsequent **[1]** 13/6

substance **[1]** 13/12

such **[2]** 16/25 22/3

sufficient **[3]** 10/4 18/4 20/5

Suite **[2]** 1/15 1/19

supplied **[2]** 8/25 18/11

sure **[8]** 4/10 5/24 8/3 9/17 18/17 21/7 22/11 22/15

systemic **[1]** 7/17

**T**

take **[4]** 4/3 11/19 14/3 17/7

taking **[1]** 8/25

tangential **[1]** 7/17

TAVORRIS **[1]** 1/6

tech **[1]** 21/22

Technically **[1]** 21/20

technician **[3]** 3/5 3/10 3/15

technology **[1]** 18/17

telephone **[1]** 9/13

telling **[1]** 11/10

ten **[1]** 6/11

tentative **[1]** 21/1

terms **[2]** 6/11 13/21

test **[1]** 7/9

tested **[1]** 3/6

testify **[2]** 3/16 21/21

testimony **[1]** 7/2

tests **[2]** 3/8 3/10

than **[2]** 18/3 19/9

thank **[4]** 2/2 22/14 23/7 23/15

that **[121]**

that's **[24]**

their **[5]** 5/18 7/1 11/25 14/10 17/17 18/21 19/23

them **[7]** 6/24 6/25 9/14 10/17 17/9 18/21 19/23

themselves **[1]** 5/21

then **[14]** 3/17 4/4 4/19 10/4 10/25 11/2 13/14 13/21 14/5 15/19 16/9 17/23 20/1 22/19

there **[33]**

these **[14]** 6/14 6/23 9/23 9/25 10/5 10/19

## T

these... [8]  11/9 11/12 15/1 17/7 19/5 21/25 22/1 22/13
they [10]  3/7 3/11 5/25 10/16 11/9 12/7 12/12 13/4 14/15 16/7
things [1]  22/8
think [23]  5/2 5/3 6/5 8/2 9/17 10/11 11/14 13/11 13/23 15/4 16/3 16/14 17/3 17/4 17/10 17/18 17/22 18/3 20/4 20/22 21/23 22/4 22/18
thinking [1]  11/22
thinks [1]  5/3
this [47]
those [13]  5/6 5/15 7/25 10/14 12/10 13/4 14/4 14/22 16/7 19/2 19/10 22/25 23/2
though [1]  4/10
three [4]  7/14 14/23 15/1 16/6
through [1]  14/7
Thursday [1]  17/18
time [7]  6/10 9/6 10/4 10/24 11/1 17/15 17/24
today [3]  10/7 11/23 22/14
together [1]  14/15
took [1]  15/12
total [1]  12/19
transcript [4]  1/10 5/14 9/20 12/12
transcription [1]  23/19
transcripts [1]  18/12
trial [23]  2/20 2/21 3/9 3/10 3/14 4/3 4/14 4/18 4/19 5/16 6/21 6/21 6/22 9/3 11/6 11/18 13/6 15/1 21/4 21/14 21/16 21/25 22/14
tried [2]  6/9 11/8
try [1]  11/23
trying [2]  9/20 9/24
Tuesday [1]  9/4
two [13]  4/13 4/18 6/21 7/14 9/13 10/5 13/18 13/19 15/18 16/14 16/15 16/17 21/20
two-day [3]  4/13 4/18 6/21
type [1]  11/7

## U

U.S [3]  1/14 2/6 23/23
ultimately [1]  6/22
UM [1]  9/20
unable [1]  3/15
uncertainty [1]  11/13
under [2]  7/10 14/22
underlying [1]  14/8
underlying/italics [1]  14/8
understand [4]  7/4 9/9 10/18 22/12
unique [2]  2/25 11/21
UNITED [9]  1/1 1/3 1/11 2/7 2/7 2/8 3/1 23/9 23/23
universe [2]  10/18 22/25
unknown [1]  9/20
unless [1]  12/8
until [4]  3/10 3/17 10/14 22/19
unvaccinated [2]  20/10 20/13
up [3]  10/5 17/7 20/8
US [1]  1/15
use [3]  6/2 14/7 15/19
used [2]  9/23 12/13
usually [1]  16/25

## V

vaccinated [3]  20/10 20/11 20/13
vague [1]  5/18
valid [2]  5/15 12/17
valuable [1]  7/22
verbose [1]  5/5
versus [1]  3/1
very [9]  3/4 5/5 5/5 5/15 5/23 7/17 8/3 22/9 23/15
via [1]  12/6
video [5]  5/13 10/21 10/22 12/14 18/23
videos [2]  18/16 19/4
videotape [1]  8/12
videotaped [1]  8/11
view [3]  4/13 12/24 21/8
violation [1]  8/2
voir [3]  8/23 8/24 20/2
vs [1]  1/5

## W

wait [1]  22/18
waiting [1]  21/15
waiver [1]  11/8
walk [1]  6/11
want [6]  2/20 2/24 5/7 6/7 6/14 18/16
wanted [3]  9/1 20/13 22/15
wants [4]  3/21 4/10 5/23 8/8
warranted [1]  10/6
warrants [1]  15/17
was [8]  3/2 3/24 5/9 7/13 9/3 12/13 13/13 15/23
way [2]  6/5 13/14
we [40]
weapon [1]  15/19
week [3]  4/5 21/12 21/14
well [10]  2/19 6/6 6/16 11/3 13/23 16/19 17/7
17/23 21/25 23/7
well-informed [1] 21/25
were [10]  5/18 6/6 10/3 10/25 12/15 13/4 13/11 14/21 14/24 23/3
what [27]
whatever [2]  10/6 10/15
when [8]  6/14 7/3 11/19 14/14 16/24 19/1 22/1 23/12
where [5]  5/21 8/7 13/17 13/21 14/5
whether [2]  20/9 21/24
which [12]  5/8 5/20 6/20 12/8 12/15 13/24 13/25 15/1 16/25 17/18 17/18 20/4
who [10]  3/15 5/5 5/18 9/19 10/12 10/19 11/4 12/15 22/7 23/3
whole [2]  6/19 6/20
why [2]  7/12 22/10
WILKINS [12]  1/6 2/17 5/4 6/5 6/7 8/19 8/21 9/13 20/20 20/25 21/24 22/13
will [21]  4/3 4/4 7/24 8/20 8/21 8/23 8/24 14/13 16/9 16/21 17/12 17/24 17/25 18/9 18/24 19/3 19/3 20/19 22/12 23/13 23/13
willing [1]  22/10
win [1]  8/13
wise [1]  8/3
wish [5]  5/3 5/16 6/4 17/15 18/12
wishes [1]  10/12
withdraw [1]  8/19
within [1]  4/16
without [1]  15/18
witness [6]  3/22 5/1 9/17 9/22 21/15 21/17
witnesses [16]  4/7 4/17 4/21 4/25 6/25 7/6 10/12 10/14 10/17 11/9 21/20 22/7 22/20 22/21 23/2 23/3
won't [1]  20/16
words [1]  15/18
work [3]  14/15 16/3 19/3
worked [1]  20/3
worse [1]  16/25
worth [1]  7/18
would [22]  3/14 4/2 4/11 5/7 5/8 6/5 6/18 9/12 10/4 10/13 10/16 11/19 11/19 12/24 14/14 14/19 16/22 17/5 18/3 18/7 21/11 22/2
wrong [1]  15/13

## Y

year's [1]  17/20
years [5]  6/11 7/14 7/14 7/15 7/15
yes [7]  13/10 16/10 17/13 18/14 20/22 21/6 21/10
yesterday [3]  2/25 3/5 21/10
yet [1]  3/16
you [44]
you're [1]  3/9
your [31]