UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. PIERCE

Christopher T. Wilkins,
  Petitioner,

V.

United States Of America,
  Respondent,

Case No. 9:21-CR-60037-AMC

Request: "Docket Report"

FILED BY __MC__ D.C.
JUL 19 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## Motion For Judicial Notice, And Request For Docket Report

Comes Now, The Defendant Christopher T. Wilkins, Hereby Pro'Se Moves this honorable Court to Take Judicial Notice, And Provide the Defendant A Docket Report. Therefore this Court Shall Not Deny Mr. Wilkins Fundamental Constitutional Right to Adequate, Effective, And Meaningful Access to Courts to Challenge Violations Of His Constitutional Right's See: The Fifth Amendment Of the United States Constitution "Due Process".

### "Judicial Notice"

1.) This Will Be the Third time Mr. Wilkins has Requested For A Docket Report, And this Court has Denied Him. Defendant has Informed this Court Several times that His Trial Counsel Jeffrey H. Garland is in Fact Ineffective By Failing to Provide Wilkins With Any Trial Transcripts, And Or His Appellant Brief. Defendant Was Told 15 Months Ago that A Direct Appeal Would Be Filed. Trial Counsel Jeffrey H. Garland Will Not Provide Defendant With Any Information Or Documents. Therefore Counsel

2.) Jeffrey H. Garland is hereby ineffective, see; Strickland, 466 U.S. 688 (1984). Counsel Garland proformance is deficient, and has caused prejudice upon defendant by hindering Mr. Wilkins from preparing his Post Conviction 28 U.S.C. § 2255 For Ineffective Assistance of Counsel. Jeffrey H. Garland has already violated Defendant's Sixth Amendment Right during Pre-Trial Phase, Trial Phase, And Sentencing Phase. And continuously Refuse to provide Mr. Wilkins with Any Type of Documents. Ross v. Varano, 712 F.3d 784, 797, 802, 804 (3rd Cir. 2013) "Appellate Counsel was Ineffective For Ignoring defendant's Efforts to Appeal and Misleading defendant About Status of Appeal."

3.) If defendant has missed his 28 U.S.C. § 2255 1-year Statute of Limitation. The Cause will be upon Trial Counsel Ineffective Assistance. Mr. Wilkins will file his Independant Motion of (Fraud upon the Court). Jeffrey H. Garland is a officer of the Court, And the Prosecution has Committed Fraud upon the Court With Fabricated Evidence. Counsel Jeffrey H. Garland was Apart of this Governmental probe Conspiracy to produce Fabrication of Evidence. See; Zurich v. Matrix Service, Inc., 426 F.3d 1281, 1291 (10th Cir. 2005)"The Fabrication of Evidence By A Party in Which An Attorney is implicated Will Constitute A Fraud on the Court".

4.) Therefore Mr. Wilkins Hereby Request this Court to provide Him A Docket Report. Defendant is preparing his 2255 and or Rule 60(D)(3). The Court has been put on Notice. See; Haines v. Kerner, 404 U.S. 519, 520 (1972) Standards.

Respectfully Submitt:
/S/ Christopher Wilkins

Christopher Y. Wilkins # 02920-104
Federal Correctional Complex USP 1
P.O. Box 1033
Coleman, FLA 33521

## CERTIFICATE OF SERVICE

I hereby certify, and declare under the penalty of perjury that the foregoing Motion is true and correct per § 1746, and that this Motion is being placed in FBOP Staff Mailing System on July 16th, 2023 by First-Class Pre-Paid U.S. Postal to the United States District Court.

Date: July 16, 2023

By Christopher Wilkins #02920104
Christopher T. Wilkins #02920104
FCC USP 1
P.O. Box 1033
Coleman, FLA 33521
PRO SE

Christopher Cummings 2 Paulin
Federal Correctional Complex USP 1
P.O. Box 1033
Coleman, FLA 33521
PRO'SE

TAMPA FL 335
SAINT PETERSBURG FL
17 JUL 2023 PM 3 L



Legal Mail

United States District Court
Southern District of Florida
Office of the Clerk ~ Room 8N09
400 North Miami Avenue
Miami, FLA 33128

33128-180549